FILED

06/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0406

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0406

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SAMI JO LODAHL,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 20, 2020, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 12 2020